BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2918



**FILED**

APR 0 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:09-MJ-0064 DAD |
| Plaintiff, | ORDER UNSEALING CRIMINAL COMPLAINT, ARREST WARRANT, AND AFFIDAVIT IN SUPPORT OF REQUEST FOR CRIMINAL COMPLAINT AND ARREST WARRANT |
| v. | |
| ALONZO ALEXANDER BRUMFIELD, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the criminal complaint, arrest warrant and affidavit of Federal Bureau of Investigation Task Force Agent Kevin Coelho in support of the request for criminal complaint and arrest warrant in the above-captioned proceeding be and are hereby unsealed.

Date: April  8  , 2011

_____
DALE A. DROZD
United States Magistrate Judge