BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

FILED

APR 1 3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALONZO ALEXANDER BRUMFIELD, ) <br> ) <br> Defendant. ) <br> _____) | 2:09-MJ-0064 DAD <br><br> GOVERNMENT'S MOTION <br> TO DISMISS AND [PROPOSED] <br> ORDER |

Plaintiff United States of America hereby moves to dismiss without prejudice under Rule 48(a) of the Federal Rules of Criminal Procedure the charges in the above-captioned criminal complaint against defendant Alonzo Alexander Brumfield.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The criminal complaint charges defendant with unlawful flight to avoid prosecution in violation of 18 U.S.C. § 1073. Defendant is facing charges on the underlying state charges in the Superior Court of the State of California, County of Solano. In light of defendant's arrest and the pending state prosecution, the government believes the interests of justice are served by dismissal of this case.

                                       Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

Dated: April 13, 2011          /s/ Todd D. Leras
                                       TODD D. LERAS
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2:09-MJ-0064 DAD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ALONZO ALEXANDER BRUMFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The government's motion to dismiss without prejudice the charges in the Criminal Complaint against defendant Alonzo Alexander Brumfield is granted.

**IT IS SO ORDERED.**

Date: 4/13/2011

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

3